UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LATONYA SMITH,

    Plaintiff,

v.                                                                         Case No. 3:18-cv-91-J-32JBT

PARAMOUNT ALF, INC.,

    Defendant.

---

## O R D E R

This FLSA case is before the Court on the First Amended Joint Motion to Approve FLSA Settlement Agreement (Doc. 19). On May 25, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 22) recommending that the motion (Doc. 19) be granted, the Settlement Agreement (Doc. 19-1) be approved, and the action be dismissed with prejudice.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 22), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 22) is **ADOPTED** as the opinion of the Court.

2. The First Amended Joint Motion to Approve FLSA Settlement Agreement (Doc. 19) is **GRANTED**.

3. The case is **DISMISSED with prejudice**.

4. The Clerk shall terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 12th day of June, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of record